**FILED**

JUL - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

JF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3283

Ronald E. Steiner Jr. Plaintiff,

vs.

(See Attached 1983 data) Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ronald E. Steiner Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A          Net: N/A

Employer: N/A

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Plaintiff is incarcerated at Pelican Bay State Prison II._
4  _His last place of employment was at Naco Pipe, hourly wage_
5  _was $8.50 an hour._

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8      a.  Business, Profession or            Yes ___ No ✓
9           self employment

10     b.  Income from stocks, bonds,         Yes ___ No ✓
11          or royalties?

12     c.  Rent payments?                       Yes ___ No ✓

13     d.  Pensions, annuities, or              Yes ___ No ✓
14          life insurance payments?

15     e.  Federal or State welfare payments,    Yes ___ No ✓
16          Social Security or other govern-
17          ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _N/A_
21 _____

22 3.  Are you married?                                Yes ___ No ✓
23 Spouse's Full Name: _N/A_
24 Spouse's Place of Employment: _N/A_
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $ _N/A_            Net $ _N/A_
27 4.  a.  List amount you contribute to your spouse's support: $ _N/A_
28     b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A
_____

5. Do you own or are you buying a home?     Yes ___   No ✓

Estimated Market Value: $ N/A     Amount of Mortgage: $ N/A

6. Do you own an automobile?     Yes ___   No ✓

Make N/A     Year N/A     Model N/A

Is it financed? Yes ___ No N/A   If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A
_____

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓ Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
_____

8. What are your monthly expenses?

Rent: $ N/A                          Utilities: N/A

Food: $ N/A                          Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____                - 3 -

1  n/a

2

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                          Yes ✓  No ___

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.

7  _Madrid vs. Gomez_, 889 F. Supp. 1146 (N.D. Cal. 1995).

8

9       I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.

11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.

13

14  6/17/08                              R. Steiner Jr.
15     DATE                              SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____           - 4 -