IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEINER, | No. C 08-3283 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| J.J. KRAVITZ, et al., | |
| Defendants. | |

The Court has dismissed this civil rights action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/21/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.JF\CR.08\Steiner3283_jud.wpd          1